IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA,       )
                                )
        Petitioner,             )
                                )
    v.                          )    Civil No.   07-cv-159-SM
                                )
STEPHEN D. HELLWIG,             )
                                )
        Respondent.             )
_____)

### ORDER TO SHOW CAUSE

Upon the Petition of the United States:

IT IS ORDERED that Stephen D. Hellwig appear before the Honorable Chief Judge Steven J. McAuliffe, United States District Court for the District of New Hampshire, in Courtroom  5 , located on the  3rd  floor, in the Warren C. Rudman Courthouse, 55 Pleasant Street, Concord, New Hampshire, at  1:30  p.m. on  June 26 , 2007 to show cause why he should not be held in contempt of Court.

IT IS FURTHER ORDERED that a copy of this Order, the Petition, and the exhibit attached to the Petition be served upon Stephen D. Hellwig.

                                        /s/ Steven J. McAuliffe
                                  Chief United States District Judge
                                        District of New Hampshire

Dated:      May 31     , 2007

cc: T. David Plourde, Esq.