UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.                                    Civil No. 07-cv-159-SM

<u>Stephen D. Hellwig</u>

**O R D E R**

After hearing on the government's petition for civil contempt and having heard respondent's unsatisfactory explanation for failing to comply with the court's final order requiring him to comply with the administrative subpoena issued by the Internal Revenue Service on September 8, 2006, and his declaration of his intent to comply, the court enters the following order:

Stephen D. Hellwig shall meet with Revenue Officer Diane M. Doherty immediately and provide what partial information, books and records he has that are responsive to the subpoena issued on September 8, 2006, and shall answer all questions posed, or interpose legitimate objections, and shall meet again with Officer Doherty at the IRS offices at 1000 Elm Street, Suite 900, Manchester, New Hampshire, at 9:00 a.m. on Thursday, July 5, 2007, and produce all books, records, and information in his possession or control subject to the subpoena, and answer all

questions posed, or interpose an appropriate objection.  Hellwig has been and is again directly warned that failure to comply will result in civil contempt sanctions of imprisonment until he complies.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

June 26, 2007

cc:  T. David Plourde, Esq.
     Stephen D. Hellwig, pro se